UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN DOE,

                Plaintiff,        **STIPULATION OF DISCONTINUANCE**

    vs

                                  24-CV-6272

STATE UNIVERSITY OF NEW YORK
AT GENESEO, et. al.,
                Defendants.
_____

IT IS HEREBY stipulated and agreed by and between the undersigned, that this action and the underlying claims be dismissed with prejudice, without costs to either party.

Dates: May 10, 2024

*[signature]*
_____
JULIE A. NOCIOLO, ESQ.,
Attorney for Plaintiff
E. Stewart Jones Hacker Murphy LLP
28 Second Street
Troy, New York 12180
jnociolo@joneshacker.com

Dated: May 10, 2024

LETITIA JAMES
Attorney General of the State of New York
*Attorney for Defendants*

*s/Muditha Halliyadde*_____
MUDITHA HALLIYADDE, ESQ.,
Assistant Attorney General, Of Counsel
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
Muditha.halliyadde@ag.ny.gov

**IT IS SO ORDERED,**

Dated: _____, 2024
         Rochester, New York

_____
HON. ELIZABETH A. WOLFORD
Chief United States District Court Judge